**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

KRYSTAL LATOYA ERVIN,

  Plaintiffs,

v.

CASE NO.: 1:24-cv-24810-RAR

EQUIFAX INFORMATION SERVICES LLC,
EXPERIAN INFORMATION SOLUTIONS,
INC., TRANS UNION LLC, and NELNET
SERVICING, LLC,

  Defendants.

_____/

## NOTICE OF SETTLEMENT AS TO DEFENDANT, EQUIFAX INFORMATION SERVICES LLC

COMES NOW Plaintiff, KRYSTAL LATOYA ERVIN, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, EQUIFAX INFORMATION SERVICES LLC, have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 23rd day of January, 2025.

                                            **/s/ Christopher W. Legg**
                                            Christopher W. Legg, Esq.
                                            Florida Bar #: 0044460
                                            The Consumer Lawyers, PLLC
                                            501 E Kennedy Blvd, Ste 610
                                            Tampa, Florida 33602
                                            Office: (813) 299-8537
                                            Facsimile: (844) 951-3933
                                            Chris@theconsumerlaywers.com
                                            *Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on this 23rd day of January, 2025 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

        **/s/ Christopher W. Legg**
        Christopher W. Legg, Esq.
        Florida Bar #: 0044460
        The Consumer Lawyers, PLLC
        *Attorney for Plaintiff*