**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

KRYSTAL LATOYA ERVIN,

  Plaintiff,

CASE NO.: 1:24-cv-24810-RAR

v.

EQUIFAX INFORMATION SERVICES LLC,
EXPERIAN INFORMATION SOLUTIONS,
INC., TRANS UNION LLC, and NELNET
SERVICING, LLC,

  Defendants.
_____/

**JOINT NOTICE OF SETTLEMENT AS TO DEFENDANT,**
**TRANS UNION LLC**

COMES NOW Plaintiff, KRYSTAL LATOYA ERVIN, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, TRANS UNION LLC, have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 31st day of January, 2025.

<table>
<tr><td>

**/s/ Christopher W. Legg**
Christopher W. Legg, Esq.
Florida Bar #: 0044460
The Consumer Lawyers, PLLC
501 E Kennedy Blvd, Ste 610
Tampa, Florida 33602
Office: (813) 299-8537
Facsimile: (844) 951-3933
Chris@theconsumerlaywers.com
*Attorney for Plaintiff*

</td><td>

**/s/ Charlotte Long**
Charlotte Long, Esq.
Florida Bar No. 0112517
Charlotte.long@transunion.com
Trans Union, LLC
555 W. Adams Street
Chicago, IL 60661
Telephone: 469-578-1464
**Counsel for Defendant Trans Union, LLC**

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 31st day of January, 2025 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

**/s/ Christopher W. Legg**
Christopher W. Legg, Esq.
Florida Bar #: 0044460
The Consumer Lawyers, PLLC
*Attorney for Plaintiff*