**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

KRYSTAL LATOYA ERVIN,

  Plaintiff,

CASE NO.: 1:24-cv-24810-RAR

v.

EQUIFAX INFORMATION SERVICES LLC,
EXPERIAN INFORMATION SOLUTIONS,
INC., TRANS UNION LLC, and NELNET
SERVICING, LLC,

  Defendants.
_____/

## **JOINT NOTICE OF SETTLEMENT AS TO DEFENDANT, NELNET SERVICING, LLC**

COMES NOW Plaintiff, KRYSTAL LATOYA ERVIN, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, NELNET SERVICING, LLC, have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 31st day of January, 2025.

| | |
|---|---|
| **/s/ Christopher W. Legg**<br>Christopher W. Legg, Esq.<br>Florida Bar #: 0044460<br>The Consumer Lawyers, PLLC<br>501 E Kennedy Blvd, Ste 610<br>Tampa, Florida 33602<br>Office: (813) 299-8537<br>Facsimile: (844) 951-3933<br>Chris@theconsumerlaywers.com<br>*Attorney for Plaintiff* | **/s/ Naomi M. Berry**<br>Naomi Berry (FBN 69916)<br>CARLTON FIELDS, P.A.<br>2 MiamiCentral<br>700 NW 1st Ave., Suite 1200<br>Miami, Florida 33136<br>Telephone: (305) 530-0050<br>Facsimile: (305) 530-0055<br>nberry@carltonfields.com<br><br>*Attorney for Nelnet Servicing, LLC* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 31st day of January, 2025 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

>**/s/ Christopher W. Legg**
>Christopher W. Legg, Esq.
>Florida Bar #: 0044460
>The Consumer Lawyers, PLLC
>*Attorney for Plaintiff*