UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-24810-RAR

**KRYSTAL LATOYA ERVIN**,

    Plaintiff,

v.

**EQUIFAX INFORMATION SERVICES LLC,** *et al*.,

    Defendants.
_____/

## ORDER REQUIRING STIPULATION OF DISMISSAL AND ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** comes before the Court upon the Notice of Settlement as to Defendant, NELNET SERVICING, LLC, [ECF No. 31], filed on January 31, 2025, indicating that Plaintiff and Defendant NELNET SERVICING, LLC have reached a settlement regarding this case and are presently drafting and finalizing the settlement agreement. The Parties have now notified the Court that Plaintiff has reached settlement agreements with all Defendants. *See* [ECF Nos. 21, 24, 29, 31]. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to Plaintiff and Defendant NELNET SERVICING, LLC to file the appropriate dismissal documents within **thirty (30) days** of the date of this Order.

2. The Clerk shall **CLOSE** this case for administrative purposes only.

3. All deadlines are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 31st day of January, 2025.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**