## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

KRYSTAL LATOYA ERVIN,

  Plaintiff,

                                        CASE NO.: 1:24-cv-24810-RAR

v.

EQUIFAX INFORMATION SERVICES LLC,
EXPERIAN INFORMATION SOLUTIONS,
INC., TRANS UNION LLC, and NELNET
SERVICING, LLC,

    Defendants.

_____/

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC. AND EQUIFAX INFORMATION SERVICES LLC

COMES NOW Plaintiff, KRYSTAL LATOYA ERVIN, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses her causes of action in the Complaint against the Defendants EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian") and EQUIFAX INFORMATION SERVICES LLC ("Equifax"). Defendants, Experian and Equifax, have neither filed an answer to the Complaint, nor a motion for summary judgment, therefore dismissal under Rule 41 (a)(1)(A)(i) is appropriate.

Dated this February 6, 2025.

                                        **/s/ Christopher W. Legg**
                                        Christopher W. Legg, Esq.
                                        Florida Bar #: 0044460
                                        The Consumer Lawyers, PLLC
                                        501 E Kennedy Blvd, Ste 610
                                        Tampa, Florida 33602
                                        Office: (813) 299-8537
                                        Facsimile: (844) 951-3933
                                        Chris@theconsumerlawyers.com
                                        *Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that the foregoing document was filed on this 6th of February, 2025

via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

<u>**/s/ Christopher W. Legg**</u>
Christopher W. Legg, Esq.
Florida Bar #: 0044460
The Consumer Lawyers, PLLC
*Attorney for Plaintiff*