UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-24810-RAR

**KRYSTAL LATOYA ERVIN**,

    Plaintiff,

v.

**EQUIFAX INFORMATION SERVICES LLC**, *et al.*,

    Defendants.

_____/

**ORDER OF DISMISSAL**

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice as to Experian Information Solutions, Inc. and Equifax Information Services LLC, [ECF No. 33] ("Notice"), filed on February 6, 2025. In the Notice, Plaintiff advises the Court that Defendants Experian Information Solutions, Inc. and Equifax Information Services LLC have been dismissed from this case *with* prejudice. The Court having reviewed the Notice, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the aforementioned Defendants only are **DISMISSED** from this matter ***with prejudice***.

**DONE AND ORDERED** in Miami, Florida, this 6th day of February, 2025.

                                                                                                    **RODOLFO A. RUIZ II**
                                                                                                    **UNITED STATES DISTRICT JUDGE**