**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

KRYSTAL LATOYA ERVIN,

  Plaintiff,

v.                                                                    CASE NO. 1:24-cv-24810-RAR

EQUIFAX INFORMATION SERVICES
LLC, EXPERIAN INFORMATION
SOLUTIONS, INC., TRANS UNION LLC,
and NELNET SERVICING, LLC,

    Defendants.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO**
**TRANS UNION LLC AND NELNET SERVICING, LLC**

    COMES NOW Plaintiff, KRYSTAL LATOYA ERVIN and Defendants, TRANS UNION LLC and NELNET SERVICING, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff, against the Defendants TRANS UNION LLC and NELNET SERVICING, LLC in the above styled action, with Plaintiff and Defendants to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 18th day of February, 2025.

| | |
|---|---|
| **/s/ Christopher W. Legg**<br>Christopher W. Legg, Esq.<br>Florida Bar #: 0044460<br>The Consumer Lawyers, PLLC<br>501 E Kennedy Blvd, Ste 610<br>Tampa, Florida 33602<br>Office: (813) 299-8537<br>Facsimile: (844) 951-3933<br>Chris@theconsumerlaywers.com<br>*Attorney for Plaintiff* | **/s/ Naomi Berry**<br>Naomi Berry (FBN 69916)<br>CARLTON FIELDS, P.A.<br>2 MiamiCentral<br>700 NW 1st Ave., Suite 1200<br>Miami, Florida 33136<br>Telephone: (305) 530-0050<br>Facsimile: (305) 530-0055<br>nberry@carltonfields.com<br><br>*Attorney for Nelnet Servicing, LLC* |
| **/s/ Charlotte Long**<br>Charlotte Long, Esq.<br>Florida Bar No. 0112517<br>charlotte.long@transunion.com<br>Trans Union, LLC<br>555 W. Adams Street<br>Chicago, IL  60661<br>Telephone:  469-578-1464<br>*Counsel for Trans Union, LLC* | |