UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-24810-RAR

**KRYSTAL LATOYA ERVIN**,

    Plaintiff,

v.

**EQUIFAX INFORMATION SERVICES LLC**, *et al.*,

    Defendants.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon the Parties' Joint Stipulation of Dismissal With Prejudice as to Trans Union LLC and Nelnet Servicing, LLC ("Stipulation"), [ECF No. 35], filed on February 18, 2025. The Court having reviewed the Stipulation, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice* as to Defendants Trans Union LLC and Nelnet Servicing, LLC, with each party to bear their own attorney's fees, costs, and expenses. The Clerk is instructed to mark this case **CLOSED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 18th day of February, 2025.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**